Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. CV 09-1303 LJO DLB |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE SCHEDULING CONFERENCE; AND ORDER (Proposed) |
| Daniel Madrigal Carranza, et al. | |
| Defendant. | |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Scheduling Conference in this action, presently set for Tuesday, November 3, 2009 at 9:30 A.M. This request will be, and is, necessitated by the fact that defendant Daniel Madrigal Carranza is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

///

///

1
2
3
4

   **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Scheduling Conference presently scheduled for Tuesday, November 3, 2009 at 9:30 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5
6
7

                                                      Respectfully submitted,

8
9
10

Dated: October 26, 2009,                    */s/ Thomas P. Riley*
11                                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
12                                           By: Thomas P. Riley
                                             Attorneys for Plaintiff
13                                           J & J Sports Productions, Inc.

14
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1

2

## ORDER

3

It is hereby ordered that the Scheduling Conference in civil action number CV 09-1303 LJO DLB

4

styled *J & J Sports Productions, Inc. v. Daniel Madrigal Carranza, et al*., is hereby vacated.

5

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

6

of Service of this Order with the Clerk of the Court.

7

8

9

IT IS SO ORDERED.

10

11

Dated:   **October 27, 2009**            /s/ *Dennis L. Beck*

12

UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER**
**VACATING THE SCHEDULING CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 09-1303 LJO DLB**
**PAGE 3**