# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> DANIEL MADRIGAL CARRANZA, , ) <br> ) <br> ) <br>         Defendant. ) <br> _____ ) | 1:09cv01303 LJO DLB <br><br> ORDER TAKING <br> MOTION FOR DEFAULT JUDGMENT <br> OFF CALENDAR <br> (Document 10) |

    Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed this action on July 24, 2009. Plaintiff filed a motion for default judgment on January 2, 2010. The motion is currently set for hearing on January 29, 2010. However, on January 5, 2010, Plaintiff filed a notice of bankruptcy of Defendant Daniel Madrigal Carranza. Plaintiff was informed and believed that Defendant filed a Voluntary Petition seeking protection from creditors in the United States Bankruptcy Court, Eastern District of California, Modesto Division. Exhibit 1 to Notice of Bankruptcy. Plaintiff requested that this Court issue an order staying the instant action "subject to the disposition of the Plaintiff's claims to be asserted against this particular defendant in the subject bankruptcy."

    Based on the Notice of Bankruptcy, the pending motion for default judgment is TAKEN OFF CALENDAR. Plaintiff shall notify the Court if it wishes to place the matter back on

calendar following resolution of the bankruptcy proceeding or if it intends to pursue its claims in bankruptcy court and dismiss this action.

IT IS SO ORDERED.

**Dated:   January 26, 2010**               **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE