# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | 1:09cv01303 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT STATUS REPORT |
| v. | ) | |
| DANIEL MADRIGAL CARRANZA, , | ) | |
| Defendant. | ) | |

Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed this action on July 24, 2009, against Defendant Daniel Madrigal Carranza.

Plaintiff filed a motion for default judgment on January 2, 2010. However, on January 5, 2010, Plaintiff filed a notice of bankruptcy of Defendant Carranza. Based on the Notice of Bankruptcy, the motion for default judgment was taken off calendar. The Court ordered Plaintiff to notify the Court if it wished to place the matter back on calendar following resolution of the bankruptcy proceeding or if it intended to pursue its claims in bankruptcy court and dismiss this action. To date, Plaintiff has not filed anything with this Court and the matter remains stayed.

Accordingly, Plaintiff is ORDERED to file a status report within fourteen (14) days of this Order. Plaintiff is warned that failure to respond may lead to an order to show cause why this action should not be dismissed.

IT IS SO ORDERED.

Dated:   **October 5, 2010**         /s/ **Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE